# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>J. SAO, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01474 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Louis Perez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 22, 2014.[1] He names J. Sao, M.D., K. C. Lo, M.D., and D. Beregovskaya, M.D., as Defendants.

On July 17, 2015, the Court screened the complaint and issued an order dismissing the complaint with leave to file an amended complaint. Plaintiff was granted thirty (30) days to comply. Over thirty days have passed and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to state a claim. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate on October 1, 2014.

1

1  Failure to show cause, or failure to respond to this order, will result in dismissal of this
2  action.
3
4  IT IS SO ORDERED.
5
6  Dated:   **August 25, 2015**                             /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE