# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>J. SAO, et al.,<br><br>           Defendants. | 1:14-cv-01474 DLB PC<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |

Plaintiff Louis Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on September 22, 2014.[1] He names J. Sao, M.D., K. C. Lo, M.D., and D. Bergovskaya, M.D., as Defendants.

On July 17, 2015, the Court screened Plaintiff's Complaint and found that it failed to state a cognizable claim for relief. Plaintiff was granted leave to file an amended complaint within thirty (30) days of the date of service of the order. Plaintiff was advised that failure to file an amended complaint would result in dismissal for failure to state a claim. Over thirty days passed and Plaintiff failed to file an amended complaint. On August 25, 2015, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to state a claim. Plaintiff was granted fourteen (14) days to respond to the order to show cause. Over fourteen days have passed and Plaintiff has failed to show cause or otherwise respond to

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on October 1, 2014.

1

the Court's order.  Plaintiff was advised that failure to show cause or respond to the order would result in dismissal of the action.

      Accordingly, IT IS HEREBY ORDERED:

      1) The Complaint is DISMISSED WITH PREJUDICE for failure to state a claim; and

      2) The Clerk of Court is DIRECTED to terminate the action.

IT IS SO ORDERED.

   Dated: **September 15, 2015**     /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE